# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| TEDDY GOODWINE, | ) | Civil Action No. 3:12-cv-2107 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

The above referenced Social Security case is before this court upon the plaintiff's motion for attorney fees. Plaintiff filed this petition on March 26, 2014. Defendant filed a response on April 10, 2014, stating that, in the interest of conserving agency and judicial resources, the parties agreed to the specific amount of $5,500.00 in attorneys fees under the Equal Access to Justice Act ("EAJA"), plus $350.00 in costs for the case filing fee.

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $5,500.00 under EAJA, plus $350.00 in costs for the case filing fee.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

April 11, 2014
Charleston, South Carolina